UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KESTER SANDY,<br><br>       Petitioner,<br><br>   -against-<br><br>UNITED STATES PROBATION AND PRETRIAL SERVICES,<br><br>       Respondent. | Case No. 1:22-cv-04171 (JLR)<br><br>**TRANSFER ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On October 21, 2022, the Court ordered Petitioner Kester Sandy, who is proceeding *pro se*, to file an Amended Petition indicating where he intends to serve his term of supervised release because the proper Respondent in this action is the U.S. Probation Office supervising Petitioner's term of supervised release. ECF No. 8. On January 31, 2023, the Court *sua sponte* extended Petitioner's time to file the Amended Petition. ECF No. 9. On February 21, 2023, Petitioner filed a letter with the Court indicating that he intends to serve his term of supervised release – the confinement he challenges in his petition for writ of habeas corpus – in the Eastern District of New York, and asking the Court to transfer his petition there. ECF No. 10. In light of Petitioner's consent to the transfer, his *pro se* status, and the fact that he intends to be supervised in the Eastern District of New York, Petitioner's request is granted.

  IT IS HEREBY ORDERED that this case be transferred to the Eastern District of New York, where Petitioner will serve his term of supervised release.

  The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner and to transfer this case to the Eastern District of New York.

Dated: February 23, 2023
   New York, New York             SO ORDERED.

                        *Jennifer Rochon*
                        JENNIFER L. ROCHON
                        United States District Judge